**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

JAWANDA DOVE                                           CASE NO. 3:20-cv-547-MMH-MCR

v.

FLAGLER COUNTY SCHOOL BOARD

<u>Counsel for Plaintiff:</u>                         <u>Counsel for Defendant:</u>
Blair Jackson                                          Richard Bush
                                                       Dylan Hall

**HONORABLE MARCIA MORALES HOWARD**
**UNITED STATES DISTRICT JUDGE**

Courtroom Deputy: Jodi L. Wiles           Court Reporter: Katharine Healey

### CLERK'S MINUTES

PROCEEDINGS OF:   STATUS CONFERENCE (VIA ZOOM)

Defendant's <u>ore tenus</u> motion to allow the untimely filed Motion for Summary Judgment (Dkt. No. 37) to remain pending is **GRANTED**, with the agreement of counsel for Plaintiff.

Plaintiff shall have up to and including **April 25, 2022**, to file a response to Defendant's Motion for Summary Judgment.  Defendant's reply shall be filed in accordance with the Local Rules.

This case is stricken from the May 2022 trial term.  The final pretrial conference is continued to November 21, 2022, and this case is set on the December 2022 trial term, commencing on December 5, 2022.

The Motion to Continue Trial and to Allow Additional Time to Answer Defendant's Motion for Summary Judgment (Dkt. No. 40) is **DENIED as moot**.

The Motions in Limine (Dkt. Nos. 33-36) are **DENIED without prejudice**.

The Joint Final Pretrial Statement (Dkt. No. 41) is **STRICKEN**.

**Order to enter**.

Date: April 6, 2022        Time: 4:05 p.m. – 4:51 p.m.        Total: 46 Minutes