**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

JAWANDA DOVE,

      Plaintiff,

v.                                                     Case No.   3:20-cv-547-MMH-MCR

FLAGLER COUNTY SCHOOL
BOARD,

      Defendant.

_____

**O R D E R**

    **THIS CAUSE** came before the Court <u>sua</u> <u>sponte</u>.  On April 29, 2022,

Plaintiff filed Plaintiff['s] Response to Defendants [sic] Motion for Summary

Judgement [sic] and Supporting Memorandum of Law (Doc. 47; Response).

Upon review, the Court finds that the Response fails to comply with the Local

Rules of the United States District Court, Middle District of Florida (Local

Rule(s)).  Specifically, Local Rule 1.08 sets forth the typography requirements

to which each pleading, motion, or other paper filed in this Court must conform.

The Response plainly fails to comply with those requirements in that the main

text of the document is not "2.0 double-spaced."  <u>See</u> Local Rule 1.08(a).  In

addition, the main text of the document does not appear to conform to the font

size requirements of Local Rule 1.08(a) or (b).  Although the undersigned does

not customarily strike documents solely based on a failure to comply with the

typography requirements, the failure in this instance is particularly egregious given that the Court held a hearing with the parties on April 6, 2022, at which time the Court specifically admonished the parties for their repeated failure to comply with the Local Rules of this Court.  See Minute Entry (Doc. 42).  As such, the Court finds it necessary to strike the Response in this instance and require Plaintiff's counsel to file an amended response after certifying that he has carefully reviewed the Local Rules of this Court.   Accordingly, it is

> **ORDERED:**

1. Plaintiff['s] Response to Defendants [sic] Motion for Summary Judgement [sic] and Supporting Memorandum of Law (Doc. 47) is **STRICKEN**.

2. Plaintiff shall have up to and including **May 9, 2022,** to file an amended response which complies with the Local Rules of this Court.

3. On or before **May 9, 2022**, Plaintiff's counsel shall file a notice with the Court certifying that he has carefully read, and now understands the requirements of, the Court's Local Rules.

**DONE AND ORDERED** in Jacksonville, Florida this 2nd day of May, 2022.

**MARCIA MORALES HOWARD**
United States District Judge

lc11
- 3 -
Copies to:

Counsel of Record