UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**JAWANDA DOVE,**
    **Plaintiff,**

Case No.: 3:20-cv-547-J-34MCR

v.

**FLAGLER COUNTY SCHOOL BOARD,**
    **Defendants.**
_____/

## LOCAL RULE CERTIFICATION

**I HEREBY CERTIFY**, that on May 11th, 2022, the undersigned counsel carefully read and understands the Court's Local Rules and is filing and will continue to file any pleadings in compliance with Local Rule 1.08.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY**, I electronically file the foregoing to Dylan J. Hall, Esquire, Bush & Augspurger, P.A., Djh@bushlawgroup.com on this 11th day of May 2022.

        **LAW OFFICE OF COREY I. COHEN & ASSOCIATES**
        605 E. Robinson St., Ste 330
        Orlando, FL 32801
        (407) 246-0066
        (407) 246-0883 fax

        By: /s/ Blair Jackson_____
        [X] **BLAIR JACKSON**
        Florida Bar No. 912956
        Attorney for Defendant
        **Pleadings: blair@coreycohen.com**