UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JAWANDA DOVE,

    Plaintiff,

v.                                              Case No. 3:20-cv-547-MMH-MCR

FLAGLER COUNTY SCHOOL
BOARD,

    Defendant.

_____

# **O R D E R**

**THIS CAUSE** is before the Court on Defendant's Motion for Entry of Judgment (Dkt. No. 53; Motion) filed on May 11, 2022. In the Motion, Defendant contends that entry of summary judgment by default is warranted because Plaintiff did not file a timely, properly supported response to its previously filed Motion for Summary Judgment and Supporting Memorandum of Law (Dkt. No. 37; Summary Judgment Motion). In doing so, Defendant relies in part on the Court's Local Rules which state that a motion for summary judgment is "subject to treatment as unopposed" if no timely response is filed. See Local Rule 3.01(c), United States District Court, Middle District of Florida (Local Rule(s)). Regardless of Plaintiff's failure to respond to the Summary Judgment Motion, the Court must still determine whether the merits of the

Summary Judgment Motion warrant entry of judgment in its favor. Indeed, it is well settled in the Eleventh Circuit that a "district court cannot base the entry of summary judgment on the mere fact that the motion was unopposed, but rather must consider the merits of the motion." U.S. v. 5800 S.W. 74th Ave., 363 F.3d 1099, 1101-02 (11th Cir. 2004) (quoting Dunlap v. Transam Occidental Life Ins., Co., 858 F.2d 629, 632 (11th Cir. 1988)). As such, the Motion is due to be denied. The Court will address the merits of the Summary Judgment Motion in due course.

In light of the foregoing, it is

**ORDERED:**

Defendant's Motion for Entry of Judgment (Dkt. No. 53) is **DENIED**.

**DONE AND ORDERED** in Jacksonville, Florida this 16th day of June, 2022.

**MARCIA MORALES HOWARD**
United States District Judge

ja

Copies to:

Counsel of Record