# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

JAWANDA DOVE,

    Plaintiff,

v.                                          Case No.   3:20-cv-547-MMH-MCR

FLAGLER COUNTY SCHOOL
BOARD,

    Defendant.

## O R D E R

**THIS CAUSE** is before the Court on Defendant's Motion to Resolve Trial Conflict (Dkt. No. 56; Motion) filed on August 19, 2022.  In the Motion, counsel for Defendant advise the Court that they have another trial set for the same trial term in a case pending in the Orlando Division and request that the Court resolve the trial conflict.  See generally Motion.  Counsel represent to the Court that counsel for Plaintiff does not object to the relief requested in the Motion.  See id. at 3.  In light of the pending summary judgment motion in this matter, the undersigned will continue the trial this case.  Accordingly, it is

**ORDERED:**

1. Defendant's Motion to Resolve Trial Conflict (Dkt. No. 56) is **GRANTED** to the extent that the Court will continue the trial in this matter.

2. The following deadlines shall apply:

| | |
|---|---:|
| All Other Motions Including Motions In Limine | JANUARY 3, 2023 |
| Responses to Other Motions Including Motions In Limine | JANUARY 17, 2023 |
| Joint Final Pretrial Statement | JANUARY 17, 2023 |
| Final Pretrial Conference<br>Time:<br>Judge: | JANUARY 23, 2023<br>10:00 A.M.<br>Marcia Morales Howard |
| Trial Term Begins<br>[Trials Before Magistrate Judges Begin on Date Certain] | FEBRUARY 6, 2023<br>9:00 A.M. |
| Estimated Length of Trial | 3 days |
| Jury/Non-Jury | Jury |

**DONE AND ORDERED** in Jacksonville, Florida this 22nd day of August, 2022.

*Marcia Morales Howard*
MARCIA MORALES HOWARD
United States District Judge

ja                                                     - 3 -

Copies to:

Counsel of Record