UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**JAWANDA DOVE,**

    Plaintiff,                                  Case No.: 3:20-cv-547-J-34MCR

v.

**FLAGLER COUNTY SCHOOL BOARD,**

    Defendant.

_____/

**NOTICE OF COMPLIANCE WITH
ORDER REQUIRING LOCAL RULES CERTIFICATION**

DYLAN J. HALL, ESQ. and RICHARD B. BUSH, ESQ., counsel of record for Defendant, hereby certify that they have carefully read, reviewed, and understand the Local Rules of this Court, and they file this Notice in compliance with this Court's Order entered November 2, 2022 [Doc. 62].

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 10th day of November, 2022, a true and correct copy of the foregoing, Defendant's Notice of Compliance with Order Requiring Local Rules Certification, was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of filing via electronic mail to: Blair Jackson, Esq., DSK Law, 609 West Horatio Street, Tampa, Florida 33606, bjackson@dsklawgroup.com, blair@coreycohen.com.

*s/ Dylan J. Hall, Esq.*
RICHARD B. BUSH, ESQ.
Fla. Bar No.: 294152
BUSH & AUGSPURGER, P.A.
3375-C Capital Circle N.E., Ste. 200
Tallahassee, FL 32308
(850) 386-7666
rbb@bushlawgroup.com
mkp@bushlawgroup.com
tmr@bushlawgroup.com

DYLAN J. HALL, ESQ.
Fla. Bar. No.: 112528
djh@bushlawgroup.com
slo@bushlawgroup.com
BUSH & AUGSPURGER, P.A.
411 E. Jackson Street
Orlando, FL 32801
(407) 422-5319
Attorneys for Defendant