UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

Jawanda Dove,                                        CASE NO.: 3:20-cv-547-J-34MCR

    Plaintiffs,

v.

Flagler County School Board,

    Defendant.
_____/

## EMERGENCY MOTION TO WITHDRAW AS COUNSEL

**COMES NOW**, BLAIR T. JACKSON and DSK Law Group, hereby files this Emergency Motion to Withdraw as Counsel, and in furtherance thereof states as follows:

1. That the undersigned attorney currently represents the Plaintiff, Jawanda Dove.

2. That irreconcilable differences have arisen between undersigned Counsel and Plaintiff such that Counsel cannot continue to represent Plaintiff in this matter.

3. The undersigned counsel has given the Plaintiff notice of his intention to withdraw prior to submitting this request to The Court, and she does not object to said withdrawal.

4. The Plaintiff can receive all future pleadings and correspondence to the following address:

**Jawanda Dove**
2 Kathleen Trail
Palm Coast, FL 32164
(386)- 383- 0537

**WHEREFORE,** the undersigned counsel prays that this Honorable Court enter an Order allowing the withdrawal of the undersigned attorney, and such other further relief as appears to this Honorable Court to be just and proper in the premises.

1

## LOCAL 3.01(g) CERTIFICATION

Undersigned Counsel conferred with Counsel for the Defendant telephonically on January 13,2023 regarding this motion. Counsel for the Defendant indicated at this conference that he objected to Undersigned Counsel's Motion.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy and accurate copy of the foregoing has been furnished by via the Florida Courts e-Filing Portal to Dylan J. Hall, Esq., Bush & Augspurger, P.A., 411 E. Jackson St., Orlando, FL 32801 (lja@bushlawgroup.com), on this 13th day of January, 2023.

/s/ Blair T. Jackson
BLAIR T. JACKSON
Florida Bar Number: 912956
bjackson@dsklawgroup.com
de Beaubien, Simmons, Knight,
  Mantzaris & Neal, LLP
  d/b/a DSK LAW GROUP
609 West Horatio Street
Tampa, Florida 33606
Telephone: (813) 251-5825
Facsimile: (813) 254-1063
Attorneys for Defendant

2