UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JAWANDA DOVE,

    Plaintiff,

v.                                CASE NO. 3:20-cv-547-MMH-MCR

FLAGLER COUNTY SCHOOL BOARD,

    Defendant.
_____/

## ORDER

**THIS CAUSE** is before the Court on the Emergency Motion to Withdraw as Counsel ("Motion") (Doc. 70), filed on January 17, 2023. For the reasons stated herein, the Motion is **DENIED without prejudice**.

The Motion requests an order permitting the withdrawal of Plaintiff's counsel due to irreconcilable differences. (*Id.* at 1.) However, the Motion does not explain what those irreconcilable differences are so the Court can determine whether the requested withdrawal is proper pursuant to Local Rule 2.02(c)(3), which states that a lawyer cannot withdraw absent a compelling ethical problem, emergency, disability, or death if the requested withdrawal might cause continuance of the trial. Here, the trial is set for the term commencing February 6, 2023 and the final pretrial conference is set for January 23, 2023. Significantly, opposing counsel objects to the requested

withdrawal. In addition, the Motion does not comply with Local Rule 3.01(a), which requires a memorandum of law to be included in every motion; and Local Rule 2.02(c)(1)(B)(ii), which states that Plaintiff's email address, in addition to mailing address and telephone number, must be provided to the Court if the withdrawal will result in a person proceeding *pro se*.

Accordingly, it is **ORDERED**:

The Motion (**Doc. 70**) is **DENIED without prejudice**.

**DONE AND ORDERED** at Jacksonville, Florida, on January 17, 2023.

MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record