**UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

**JAWANDA DOVE,**

    **Plaintiff,**     Case No.: 3:20-cv-547-J-34MCR

**v.**

**FLAGLER COUNTY SCHOOL BOARD,**

    **Defendant.**

_____/

## AGREED NOTICE OF MEDIATION

**YOU ARE HEREBY NOTIFIED** that the parties have Agreed to set Mediation in this matter as follows:

| | |
|---|---|
| DATE: | Thursday, January 19, 2023 |
| TIME: | 2:00 p.m. |
| MEDIATOR: | Kim Sands |
| LOCATION: | Flagler Schools District Offices<br>1769 E. Moody Blvd.<br>Bldg. #2<br>Bunnell, FL 32110 |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of January, 2023, a true and correct copy of the foregoing, Agreed Notice of Mediation, was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of filing via electronic mail to: Blair Jackson, Esq., DSK Law, 609 West Horatio Street, Tampa, Florida 33606, bjackson@dsklawgroup.com.

1

        *s/ Richard B. Bush, Esq.*
RICHARD B. BUSH, ESQ.
Fla. Bar No.: 294152
BUSH & AUGSPURGER, P.A.
3375-C Capital Circle N.E., Ste. 200
Tallahassee, FL 32308
(850) 386-7666
rbb@bushlawgroup.com
mkp@bushlawgroup.com
tmr@bushlawgroup.com

DYLAN J. HALL, ESQ.
Fla. Bar. No.: 112528
djh@bushlawgroup.com
slo@bushlawgroup.com
BUSH & AUGSPURGER, P.A.
411 E. Jackson Street
Orlando, FL 32801
(407) 422-5319
Attorneys for Defendant