UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JAWANDA DOVE,

    Plaintiffs,

v.                                    Case No. 3:20-cv-547-J-34MCR

FLAGLER COUNTY SCHOOOL BOARD,

    Defendants.

_____

### Mediation Report

The parties held a mediation conference on January 19, 2023, and the results of that conference are indicated below.

**1. Attendance**

The following participants attended the mediation conference:

- ☒ lead counsel
- ☒ the parties or a party's surrogate satisfactory to the mediator
- ☒ any necessary insurance carrier representative

List any unexcused absence or departure from the mediation conference:

_____
_____
_____
_____

**2. Outcome**

> Under Local Rule 3.09(a), the parties must immediately file a notice after agreeing to resolve all or part of a civil action, even if the resolution is contingent or unwritten.

☐ The parties completely settled the case.

☐ The parties partially settled the case. The following issues remain:

_____
_____
_____
_____

☐ The parties agreed to continue the mediation conference. The mediator will file another mediation report within seven days after the continued conference.

☒ The parties have reached an impasse.

_____
Kimberly Sands, Mediator
Mediator # 14737R
Upchurch Watson White & Max
1400 Hand Ave, Suite D
Ormond Beach, FL 32174
386-253-1560 phone / 386-255-7722 facsimile