UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

Jawanda Dove,                                    CASE NO.: 3:20-cv-547-J-34MCR

    Plaintiffs,

v.

Flagler County School Board,

    Defendant.
_____/

### NOTICE OF FILING DATES FOR SETTLEMENT CONFERENCE

**COMES NOW**, BLAIR T. JACKSON who hereby files this submits this Notice of Filing Dates for Settlement Conference, and in furtherance thereof states as follows:

1. That after conferring with counsel for the Defendant, we hereby offer these three mutually agreeable dates for settlement conference:

   a) February 23, 2023

   b) March 30, 2023

   c) March 31, 2023

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy and accurate copy of the foregoing has been furnished by via the Florida Courts e-Filing Portal to Dylan J. Hall, Esq., Bush & Augspurger, P.A., 411 E. Jackson St., Orlando, FL 32801 (lja@bushlawgroup.com), on this 27th day of January, 2023.

                                                /s/ Blair T. Jackson
                                                BLAIR T. JACKSON
                                                Florida Bar Number: 912956
                                                bjackson@dsklawgroup.com
                                                de Beaubien, Simmons, Knight,
                                                  Mantzaris & Neal, LLP

    d/b/a DSK LAW GROUP
609 West Horatio Street
Tampa, Florida 33606
Telephone: (813) 251-5825
Facsimile: (813) 254-1063
Attorneys for Defendant