UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JAWANDA DOVE,

    Plaintiff,

v.                                                          CASE NO. 3:20-cv-547-MMH-MCR

FLAGLER COUNTY SCHOOL BOARD,

    Defendant.
_____/

**ORDER**

    Pursuant to the Court's Order (Doc. 74) and the availability on the Court's calendar, this case is hereby set for a settlement conference on **Thursday, February 23, 2023, at 10:00 a.m.**, at the United States Courthouse, Courtroom 5C, Fifth Floor, 300 North Hogan Street, Jacksonville, Florida.   Trial counsel and representatives of the parties with full settlement authority shall personally attend, unless excused from personal attendance by a separate order made on a proper motion.

    **No later than February 8, 2023**, each party shall submit for the Court's consideration an "open" memorandum setting forth their respective positions on settlement.   These "open" memoranda **should not be filed** with the Clerk of the Court, but rather should be e-mailed directly to Judge Richardson's chambers at Chambers_FLMD_Richardson@flmd.uscourts.gov,

with a copy e-mailed, faxed, or hand-delivered to opposing counsel.   In addition to this "open" memorandum, at the same time, each party shall **submit to the Court only, and not opposing counsel**, a memorandum marked "**CONFIDENTIAL**."   These "confidential" memoranda shall set forth the ultimate settlement position to which each party would be willing to agree.   The "confidential" memoranda are for the Court's benefit only and the contents thereof will not be communicated to anyone.

**DONE AND ORDERED** at Jacksonville, Florida, on January 30, 2023.

　　　　　　　　　　　　　　　　　　　　　*/s/ Monte C. Richardson*
　　　　　　　　　　　　　　　　　　　　　MONTE C. RICHARDSON
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record