UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JAWANDA DOVE,

    Plaintiff,                                          Case No.: 3:20-cv-547-J-34MCR

v.

FLAGLER COUNTY SCHOOL BOARD,

    Defendant.

_____/

**DEFENDANT'S MOTION FOR AIG ADJUSTER, MARIAELENA FLYNN, TO APPEAR VIRTUALLY AT SETTLEEMENT CONFERENCE**

    COMES NOW, Defendant, FLAGLEER COUNTY SCHOOL BOARD, by and through undersigned counsel, hereby moves this Honorable Court for entry of an order permitting the Defendant's insurance adjuster, Mariaelena Flynn, of American International Group, Inc., to appear at the second court supervised mediation on March 9, 2023, at 10:00 a.m. virtually or telephonically, and states in support:

1. This Honorable Court supervised a mediation conference between Plaintiff and Defendant on February 23, 2023.

2. The conference lasted the entire day without reaching an ultimate resolution.

3. Mariaelena Flynn is an adjuster with American International Group, Inc., which is the insurance provider for the Defendant, and appeared in person at the mediation conference on February 23, 2023.

1

4. Ms. Flynn is an agent of AIG and carries the authority to authorize settlements on behalf of the Defendant. Her participation was critical to reaching settlement on February 23, 2023; but will not be on March 6, 2023.

5. Ms. Flynn lives and works in New York City, NY, where AIG is based.

6. Ms. Flynn's attendance at the February 23 mediation conference was in the hope that a resolution would be reached.

7. Ms. Flynn would face undue burden in being required to once again travel from New York City to Jacksonville, Florida when the remaining issue is terms unrelatable to money.

8. Therefore, the Defendant respectfully requests this Court to permit Ms. Flynn to participate in the second mediation conference on March 9, 2023, by either Zoom or telephone.

**WHEREFORE,** Defendant, FLAGLER COUNTY SCHOOL BOARD, by and through undersigned counsel, respectfully request for this Honorable Court to permit Mrs. Mariaelena Flynn to attend the March 9, 2023 settlement conference via Zoom or by telephone.

## LOCAL RULE 3.01(G) CERTIFICATION

I HEREBY CERTIFY that on this 24th day of February, 2023, the undersigned counsel conferred with Plaintiff's counsel in compliance with Local Rule 3.01(G), and Plaintiff has no objection to the relief requested herein.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24th day of February, 2023, a true and correct copy of the foregoing, Defendant's Motion for AIG Adjuster, Mariaelena Flynn, to Appear Virtually at Settlement Conference, was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of filing via electronic mail to: Blair Jackson, Esq., DSK Law, 609 West Horatio Street, Tampa, FL 33606, bjackson@dsklawgroup.com.

> *s/ Richard B. Bush, Esq.*
> RICHARD B. BUSH, ESQ.
> Fla. Bar No.: 294152
> BUSH & AUGSPURGER, P.A.
> 3375-C Capital Circle N.E., Ste. 200
> Tallahassee, FL 32308
> (850) 386-7666
> rbb@bushlawgroup.com
> mkp@bushlawgroup.com
> tmr@bushlawgroup.com
>
> DYLAN J. HALL, ESQ.
> Fla. Bar. No.: 112528
> djh@bushlawgroup.com
> slo@bushlawgroup.com
> BUSH & AUGSPURGER, P.A.
> 411 E. Jackson Street

                                Orlando, FL 32801
                                (407) 422-5319
                                Attorneys for Defendant