UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JAWANDA DOVE,

    Plaintiff,

v.   CASE NO. 3:20-cv-547-MMH-MCR

FLAGLER COUNTY SCHOOL BOARD,

    Defendant.
_____/

## ORDER

**THIS CAUSE** is before the Court on Defendant's Motion for AIG Adjuster, Mariaelena Flynn, to Appear Virtually at the Settlement Conference ("Motion") (Doc. 81), which is unopposed (*id.* at 3). The Motion requests that Defendant's insurance adjuster, Mariaelena Flynn of American International Group, Inc., be permitted to appear virtually or telephonically at the second settlement conference on March 9, 2023. (*Id.* at 1.)

Upon consideration, it is **ORDERED**:

1. The Motion (**Doc. 81**) is **GRANTED**. Mariaelena Flynn may appear telephonically at the March 9, 2023 settlement conference.

2. To appear telephonically, a party must call the reserved conference line toll free at 1-888-684-8852. The access code for all participants is 2408438. The participants will then be prompted to enter the

participant security code: 3680, followed by the # (pound) key.   The conference line will be activated at 9:50 a.m. so the settlement conference may start promptly at 10:00 a.m.   To reduce background audio interference, the person(s) attending by telephone should not use the speaker function during the call and must put their phones on mute when not speaking.   Additionally, each person must identify themselves when speaking.   Person(s) granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings.   Violation of these prohibitions may result in sanctions or any other sanction deemed necessary by the Court.

**DONE AND ORDERED** at Jacksonville, Florida, on February 27, 2023.

*[signature]*

MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record