# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

JAWANDA DOVE,

    Plaintiff,

v.                                                                  Case No. 3:20-cv-547-MMH-MCR

FLAGLER COUNTY SCHOOL BOARD,

    Defendant.

_____/

| JUDGE: | Monte C. Richardson U.S. Magistrate Judge | COUNSEL FOR PLAINTIFF: | BLAIR THOMAS JACKSON |
|---|---|---|---|
| DEPUTY CLERK: | Sharon Spaulding | | |
| COURT REPORTER | Digital | COUNSEL FOR DEFENDANT: | RICHARD BURTON BUSH |
| DATE/TIME | March 9, 2023<br>10:04 A.M. – 12:53 PM<br>2 HOURS 49 MINUTES | | |

## CLERK'S MINUTES

PROCEEDINGS:     Settlement Conference (continued)

Parties separated to confer with Judge Richardson.

Impasse declared.

Mr. Jackson renewed his motion to withdraw as counsel of record. Ms. Dove had no objection to Mr. Jackson's withdrawal as counsel. The Court GRANTED the oral motion – **ORDER TO ENTER**.

Ms. Dove directed to obtain counsel within 60 days and notify the Court with attorney information. If Ms. Dove fails to notify the Court as directed, the court will assume she is proceeding in a pro se capacity. Ms. Dove also directed to provide her address and contact information to the Court.