UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JAWANDA DOVE,

    Plaintiff,

v.                                      CASE NO. 3:20-cv-547-MMH-MCR

FLAGLER COUNTY SCHOOL BOARD,

    Defendant.
_____/

## ORDER

**THIS CAUSE** is before the Court on Plaintiff's Motion for Extension of Time ("Motion") (Doc. 86), filed on May 9, 2023, and Defendant's Response thereto (Doc. 88), filed on May 10, 2023. Plaintiff seeks an extension of time until June 26, 2023 "to obtain competent counsel" and thereby comply with the Court's March 9, 2023 Order, which directed Plaintiff to either employ new counsel or file a notice indicating that she will be proceeding *pro se* no later than May 8, 2023. (Docs. 84, 86.) Defendant does not object "to Plaintiff having an additional thirty (30) days to seek other counsel." (Doc. 88 at 1.)

Upon consideration, it is **ORDERED**:

1. The Motion (**Doc. 86**) is **GRANTED** to the extent that Plaintiff shall have until **June 8, 2023** to either employ new counsel who shall file a

notice of appearance with the Court by that date, or file a notice with the Court indicating that Plaintiff will be proceeding *pro se*.

2. The Clerk of Court shall send a copy of this Order to Ms. Dove by mail and e-mail.

**DONE AND ORDERED** at Jacksonville, Florida, on May 11, 2023.

MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record

Jawanda Dove
2 Kathleen Trail
Palm Coast, FL 32164
(386) 383-0537
Iamnotastatistic561@gmail.com