**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**JAWANDA DOVE,**              CASE NO.: 3:20-cv-547-MMH-MCR

      Plaintiff,

v.

**FLAGLER COUNTY SCHOOL BOARD,**

      Defendants.

_____/

**NOTICE OF APPEARANCE FOR PLAINTIFF AND**
**DESIGNATION OF ELECTRONIC MAIL ADDRESSES**

    COMES NOW, the undersigned attorney, Donald E. Pinaud Jr., and the law firm of All Florida Justice LLC, and files this notice of appearance as counsel for Plaintiff, JAWANDA DOVE, in the above styled case.

    The undersigned hereby designates the following primary and secondary electronic mail addresses to be used for service of all required documents in this matter:

      Primary:      Don@allfloridajustice.com

      Secondary:    Matt@allfloridajustice.com

               Respectfully submitted,

ALL FLORIDA JUSTICE, LLC.

_____

**DONALD E. PINAUD, JR.**
Florida Bar No. 111694
Trial Counsel
4530 St. Johns Avenue
Suite 15-202
Jacksonville, Florida 32210
(904)552-5500
don@AllFloridaJustice.om
Attorneys for Plaintiff


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I filed this pleading with the Court's Electronic Filing / CMC / ECF System on this 11 day of May, 2023, and that such system will send electronic copies of this pleading via email to all registered parties on this day.  To the best of my knowledge there are no parties that require service by U.S. Mail.

ALL FLORIDA JUSTICE, LLC.

_____

**DONALD E. PINAUD, JR.**
Florida Bar No. 111694
Trial Counsel
4530 St. Johns Avenue
Suite 15-202
Jacksonville, Florida 32210
(904)552-5500
don@AllFloridaJustice.om
Attorneys for Plaintiff