UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**JAWANDA DOVE,**

    **Plaintiff,**                                  Case No.: 3:20-cv-547-J-34MCR

**v.**

**FLAGLER COUNTY SCHOOL BOARD,**

    **Defendant.**

_____/

## DEFENDANT'S NOTICE TO THE COURT

COMES NOW, Defendant, FLAGLER COUNTY SCHOOL BOARD, by and through its undersigned counsel, and in response to the Endorsed Order dated May 12, 2023 states:

1. Counsels for Plaintiff and Defendant had a meet and confer on Wednesday May 24th, 2023, at which time Counsel for Plaintiff authorized the undersigned to seek a new trial date by this notice.

2. The parties seek this case to be re-set for trial and are continuing to engage in settlement negotiations.

WHEREFORE, the parties respectfully request this case to be re-set for trial.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of June, 2023, a true and correct copy of the foregoing, Defendant's Notice to the Court, was electronically filed with the Clerk of the Court by using the CM/ECF system, and sent via electronic mail

1

to: Donald E. Pinaud, Jr., Esq., All Florida Justice, LLC, 4530 St. Johns Avenue, Suite 15-202, Jacksonville, FL 32210 (don@allfloridajustice.com; matt@allfloridajustice.com).

                              *s/ Richard Burton Bush, Esq.*
                              RICHARD B. BUSH, ESQ.
Fla. Bar No.: 294152
BUSH & AUGSPURGER, P.A.
3375-C Capital Circle N.E., Ste. 200
Tallahassee, FL 32308
(850) 386-7666
rbb@bushlawgroup.com
mkp@bushlawgroup.com
tjr@bushlawgroup.com

DYLAN J. HALL, ESQ.
Fla. Bar. No.: 112528
BUSH & AUGSPURGER, P.A.
411 E. Jackson Street
Orlando, FL 32801
(407) 422-5319
djh@bushlawgroup.com
slo@bushlawgroup.com

Attorneys for Defendant

2