# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

JAWANDA DOVE					CASE NO. 3:20-cv-547-MMH-MCR

v.

FLAGLER COUNTY SCHOOL BOARD

<u>Counsel for Plaintiff:</u>			<u>Counsel for Defendant:</u>
						Richard Bush

**HONORABLE MARCIA MORALES HOWARD**
**UNITED STATES DISTRICT JUDGE**

Courtroom Deputy: Jodi L. Wiles			Court Reporter: Katharine Healey

## CLERK'S MINUTES

PROCEEDINGS OF:   STATUS CONFERENCE (VIA ZOOM)

Counsel for Plaintiff failed to appear.

The Court will enter an Order to Show Cause why this case should not be dismissed for failure to prosecute due to counsel's failure to appear at the status conference.

**Order to enter.**

Date: June 26, 2023        Time: 3:38 p.m. – 3:48 p.m.        Total: 10 Minutes