UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JAWANDA DOVE,

    Plaintiff,

v.                                                                  Case No.   3:20-cv-547-MMH-MCR

FLAGLER COUNTY SCHOOL
BOARD,

    Defendant.

_____

## ORDER TO SHOW CAUSE

**THIS CAUSE** is before the Court sua sponte.  On June 16, 2023, this Court entered a Notice of Hearing setting a status conference via Zoom for June 26, 2023, at 3:30 p.m.  See Notice of Hearing (Dkt. No. 93).  As advised in the Notice of Hearing, the participants were notified separately of the Zoom link.  When the Zoom hearing began and counsel for Plaintiff was not present, the Court attempted to contact counsel via telephone but was unable to reach him.  Accordingly, it is hereby

**ORDERED:**

Donald E. Pinaud, Jr., counsel for Plaintiff, is directed to show cause by a written response filed on or before **July 7, 2023**, why this case should not be dismissed for failure to prosecute pursuant to Local Rule 3.10(a), United States

District Court, Middle District of Florida or why sanctions should not be imposed due to his failure to appear at the status conference. Counsel for Plaintiff is cautioned that failure to respond to a Court order may result in dismissal of this action without further notice.

**DONE AND ORDERED** in Jacksonville, Florida this 27th day of June, 2023.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:
Counsel of Record