```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                        JACKSONVILLE DIVISION
```

**JAWANDA DOVE,**            CASE NO.: 3:20-cv-547-MMH-MCR

    Plaintiff,

v.

**FLAGLER COUNTY SCHOOL BOARD,**

    Defendants.
_____/

### PLAINTIFF'S RESPONSE TO JUNE 27th ORDER TO SHOW CAUSE

    Plaintiff, by and through the undersigned attorney, comes now and responds to this Court's order of June 27, 2023 directing Plaintiff to show cause as to why the undersigned did not appear at the status conference set in this matter for June 26, 2023 and says as follows:

    The undersigned apologizes to the Court for missing the hearing due to inadvertence. Subsequent to appearing in this case, the undersigned and counsel for Defendant immediately began discussing what, if any, options for settlement may exist in this case to avoid trial, and in that spirit and in the spirit of having fresh counsel in the case, the undersigned had discussions with Plaintiff about a new possibility for settlement that Plaintiff agreed to pursue. This opportunity appeared initially to be fruitful and as a result there was an internal discussion in the office of the undersigned that this matter might

pragmatically be settled. This was misinterpreted somehow to reflect in the official records for scheduling purposes at the undersigned's office that the case was settled.

This notation, incorrectly entered into the scheduling system for the undersigned's office, then canceled all upcoming events scheduled in the case. Because of this, the hearing at issue was removed from the undersigned counsel's calender and the undersigned missed it not realizing that there was a hearing that day.

The undersigned again apologizes to the Court for any inconvenience caused to the Court or the parties and would show that it is Plaintiff's intent to continue the prosecution of this matter.

Wherefore, the undersigned respectfully requests that the Court accept this response to the June 27th order to show cause.

Respectfully submitted,

                                      **ALL FLORIDA JUSTICE, LLC.**

                                      _____
                                      **DONALD E. PINAUD, JR.**
                                      Florida Bar No. 111694
                                      Trial Counsel
                                      4530 St. Johns Avenue
                                      Suite 15-202

>Jacksonville, Florida 32210
>(904)552-5500
>don@AllFloridaJustice.om
>Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I filed this pleading with the Court's Electronic Filing / CMC / ECF System on this 5 day of July, 2023, and that such system will send electronic copies of this pleading via email to all registered parties on this day.  To the best of my knowledge there are no parties that require service by U.S. Mail.

>**ALL FLORIDA JUSTICE, LLC.**
>
>_____
>**DONALD E. PINAUD, JR.**
>Florida Bar No. 111694
>Trial Counsel
>4530 St. Johns Avenue
>Suite 15-202
>Jacksonville, Florida 32210
>(904)552-5500
>don@AllFloridaJustice.om
>Attorneys for Plaintiff

Page 3 of  3