UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JAWANDA DOVE,

    Plaintiff,

v.                                    Case No.   3:20-cv-547-MMH-MCR

FLAGLER COUNTY SCHOOL
BOARD,

    Defendant.

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that the above styled cause is scheduled for a status conference on **TUESDAY, JULY 18, 2023,** at **1:30 P.M.**, before the Honorable Marcia Morales Howard, United States District Judge.

The hearing will be held by video teleconferencing using Zoom. The Courtroom Deputy Clerk will separately send participants an Outlook invitation with the link, meeting ID, and password. Information on how others can observe the proceeding can be found on the Court's website, https://www.flmd.uscourts.gov/coronavirus-and-email-filing-information.

Participants should dress in appropriate court attire and appear in front of an appropriate professional background. All persons are hereby reminded that pursuant to Local Rule 5.01, United States District Court, Middle District

of Florida, "[n]o one may broadcast, televise, record, or photograph a judicial proceeding, including a proceeding by telephone or video." Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court.

DATE: July 7, 2023

FOR THE COURT:

By: <u>s/ Jodi L. Wiles</u>
     Deputy Clerk

ja
Copies to:
Counsel of Record