**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

JAWANDA DOVE                                        CASE NO. 3:20-cv-547-MMH-MCR

v.

FLAGLER COUNTY SCHOOL BOARD

Counsel for Plaintiff:                Counsel for Defendant:
Don Pinaud                            Richard Bush
                                      Dylan Hall

**HONORABLE MARCIA MORALES HOWARD
UNITED STATES DISTRICT JUDGE**

Courtroom Deputy: Jodi L. Wiles            Court Reporter: Katharine Healey

**CLERK'S MINUTES**

PROCEEDINGS OF:   STATUS CONFERENCE (VIA ZOOM)

Discussion regarding status of case.

The parties anticipate **4 days** for trial.

No later than **August 18, 2023**, counsel shall confer regarding Defendant's Motions In Limine (Dkt. Nos. 63 – 66). If the parties are unable to reach an agreement, Plaintiff shall file responses to the motions no later than **August 31, 2023**.

Plaintiff shall have up to and including **August 31, 2023**, to file any motions in limine, and Defendant shall file responses to any such motions no later than **September 14, 2023**.

The parties shall file a joint final pretrial statement no later than **October 2, 2023**.

A final pretrial conference is set for **November 20, 2023, at 11:00 a.m.** in Courtroom 10B. The trial is set for the trial term commencing on **December 4, 2023, at 9:00 a.m.** in Courtroom 10B.

Date: July 18, 2023        Time: 1:38 p.m. – 2:04 p.m.        Total: 26 Minutes