# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

JAWANDA DOVE,

      Plaintiff,

v.                                  Case No.   3:20-cv-547-MMH-MCR

FLAGLER COUNTY SCHOOL
BOARD,

      Defendant.

_____

## ORDER TO SHOW CAUSE

**THIS CAUSE** is before the Court sua sponte.  On July 18, 2023, this Court held a status conference via Zoom.  See Clerk's Minutes (Dkt. No. 98). At the hearing, the parties were directed to file a joint final pretrial statement no later than October 2, 2023.  See id.  As of this date, the parties have failed to do so.  Accordingly, it is hereby

**ORDERED:**

The parties are directed to show cause by a written response filed on or before **October 24, 2023**, why this case should not be dismissed for failure to prosecute pursuant to Local Rule 3.10(a), United States District Court, Middle District of Florida or why sanctions should not be imposed due to the parties' failure to comply with this Court's order.  The parties are cautioned that

failure to respond to a Court order may result in the dismissal of this action or the imposition of sanctions without further notice.

     **DONE AND ORDERED** in Jacksonville, Florida this 10th day of October, 2023.

**MARCIA MORALES HOWARD**
United States District Judge

ja

Copies to:
Counsel of Record