UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**JAWANDA DOVE,**                    CASE NO.: 3:20-cv-547-MMH-MCR

    Plaintiff,

v.

**FLAGLER COUNTY SCHOOL BOARD,**

    Defendants.
_____/

### PLAINTIFF'S NOTICE OF RESOLUTION / SETTLEMENT

Pursuant to applicable Local Rule 3.09(a) of this Court, the Court will please take notice that the parties have reached an amicable settlement of all matters at issue in this case, and that settlement has been reduced to a written agreement executed by all parties.[1] The parties are in the process of preparing

---

[1] Local Rule 3.09(a) requires the parties to notify the Court of a settlement once agreed to, even if the agreement is unwritten. In this case while the parties were actively discussing settlement, and a written settlement agreement was circulated for signatures, a settlement upon which there was full agreement of all parties could not be claimed with certainty to have been had until the last of the parties had actually signed the settlement agreement. The undersigned counsel for Plaintiff was only presented with that fully-executed settlement agreement, last signed by Defendant, from counsel for Defendant a short while ago *after* the Court entered its Order to show cause in this matter (D.102). In light of the Court's prior pronouncement that the instant case needed to come to trial sooner than later, and in light of the Court previously essentially "squeezing" this case on to its December 4, 2023 trial docket, it seemed prudent to not before now file a notice of resolution and claim a settlement existed in principal - if it could somehow still unwrap - when such would almost assuredly result in the Court removing the case from the December 4, 2023 trial docket and then potentially requiring a lengthy time to reset.

pleadings as may be necessary to seek dismissal of this case with prejudice, and the case therefore is due to be administratively or otherwise closed as the Court may find proper.  *See* Local Rule 3.09(b).

    Respectfully submitted,

ALL FLORIDA JUSTICE, LLC.

_____
**DONALD E. PINAUD, JR.**
Florida Bar No. 111694
Trial Counsel
4530 St. Johns Avenue
Suite 15-202
Jacksonville, Florida 32210
(904)552-5500
don@AllFloridaJustice.com
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I filed this pleading with the Court's Electronic Filing / CMC / ECF System on this 10 day of October, 2023, and that such system will send electronic copies of this pleading via email to all registered parties on this day. To the best of my knowledge there are no parties that require service by U.S. Mail.

                                            **ALL FLORIDA JUSTICE, LLC.**

*/s/ Donald E. Pinaud, Jr.*
_____
**DONALD E. PINAUD, JR.**
Florida Bar No. 111694
Trial Counsel
4530 St. Johns Avenue
Suite 15-202
Jacksonville, Florida 32210
(904)552-5500
don@AllFloridaJustice.com
Attorneys for Plaintiff