UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JAWANDA DOVE,

    Plaintiff,

v.   Case No.   3:20-cv-547-MMH-MCR

FLAGLER COUNTY SCHOOL BOARD,

    Defendant.

## O R D E R

**THIS CAUSE** is before the Court on Plaintiff's Notice of Resolution/Settlement (Dkt. No. 103; Notice) filed on October 10, 2023.  In the Notice, Plaintiff advises the Court that the parties have reached a settlement in this matter.  See Notice at 1.  Accordingly, it is hereby

**ORDERED:**

1. The parties shall have until **December 11, 2023**, to file a joint stipulation of dismissal or other appropriate documents to close out this file.

2. If the parties have not filed settlement pleadings or a request for additional time by the **December 11, 2023**, deadline, this case will automatically be deemed to be dismissed without prejudice.

3. The final pretrial conference scheduled for November 20, 2023, is cancelled, and this case is removed from the December 2023, trial term.

4. The Clerk of the Court is directed to terminate all pending motions and administratively close this case pending further Order of the Court.

**DONE AND ORDERED** in Jacksonville, Florida this 11th day of October, 2023.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record